B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>**NORTHERN DISTRICT OF ILLINOIS**<br>EASTERN DIVISION (CHICAGO) | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Krevitz, Susan L** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Susan Castro** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)  **xxx-xx-7803** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8857 Hickory Drive**<br>**Orland Hills IL 60487.7002**<br>ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

THIS SPACE IS FOR COURT USE ONLY

KENNETH S. GARDNER, CLERK
PS REP. - MBM

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
FEB 8 2012

B1 (Official Form 1) (12/11)

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Susan L Krevitz** | Page 2 |
|---|---|---|

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)

| Voluntary Petition | | | Page 3 |
|---|---|---|---|
| *(This page must be completed and filed in every case)* | | Name of Debtor(s): **Susan L Krevitz** | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Susan L Krevitz

X _____

  (708) 439-4471
  Telephone Number (If not represented by attorney)

  1/21/2012
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

  (Signature of Foreign Representative)

  _____
  (Printed Name of Foreign Representative)

  _____
  Date

### Signature of Attorney*

X **Debtor not represented by attorney**
                                    Bar No.

Phone No._____ Fax No. _____

  _____
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

  _____
  Printed Name of Authorized Individual

  _____
  Title of Authorized Individual

  _____
  Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Andria Guerra**
Printed Name and title, if any, of Bankruptcy Petition Preparer

336.56.3022
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

6135 N Northwest
Chicago IL 60631

Address
X _____
  1/21/2012
  Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Susan L Krevitz**

Case No. _____

_____
(if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:    **Susan L Krevitz**

Case No. _____

                                                                (if known)

            Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
                        Susan L Krevitz

Date: _____**1/21/2012**____

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Susan L Krevitz**

Case No.

Chapter    **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $29,509.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $26,558.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $25,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $102,246.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $4,626.98 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $4,941.63 |
| TOTAL | | 22 | $29,509.00 | $153,804.09 | |

Form 6 - Statistical Summary (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Susan L Krevitz**

Case No.

Chapter    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $25,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$25,000.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $4,626.98 |
| Average Expenses (from Schedule J, Line 18) | $4,941.63 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $4,002.00 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $1,358.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $25,000.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $102,246.09 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $103,604.09 |

B6A (Official Form 6A) (12/07)

In re  **Susan L Krevitz**

Case No. _____
(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | | Total: $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Susan L Krevitz**

Case No. _____

(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash | - | $1.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Citibank, business account | - | $0.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Furniture | - | $685.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Family clothing, shoes, coats | - | $700.00 |
| 7. Furs and jewelry. | | Jewelry | - | $150.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Susan L Krevitz**                                        Case No. _____

                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Susan L Krevitz**                                    Case No. _____

                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|:---:|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Lincoln Navigator, 62,000 miles, has a loan, wants to reaffirm and value $25,200 | - | $25,200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Susan L Krevitz**

Case No. _____
(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Laptop computer | - | $600.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Work vehicle (Chevy Express 2001) value $2173 has title loan with Tri-State | - | $2,173.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Total >   $29,509.00

B6C (Official Form 6C) (4/10)

In re  **Susan L Krevitz**

Case No. _____
(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| cash | | $1.00 | $1.00 |
| Furniture | | $685.00 | $685.00 |
| Family clothing, shoes, coats | | $700.00 | $700.00 |
| Jewelry | | $150.00 | $150.00 |
| 2008 Lincoln Navigator, 62,000 miles, has a loan, wants to reaffirm and value $25,200 | | $25,200.00 | $25,200.00 |
| Laptop computer | | $600.00 | $600.00 |
| Work vehicle (Chevy Express 2001) value $2173 has title loan with Tri-State | | $750.00 | $2,173.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $28,086.00 | $29,509.00 |

B6D (Official Form 6D) (12/07)

In re **Susan L Krevitz**

Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxx0293 <br><br> **Lincoln NAFS** <br> **POB 542000** <br> **Omaha NE 68154** | | - | DATE INCURRED: **03/01/10** <br> NATURE OF LIEN: <br> **Auto Loan** <br> COLLATERAL: <br> **2008 Lincoln Navigator, 62,000 miles, has a loan,** <br> REMARKS: <br><br><br> VALUE:           **$25,200.00** | | | | $26,558.00 | $1,358.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| | Subtotal (Total of this Page) > | $26,558.00 | $1,358.00 |
| **No** _____ continuation sheets attached | Total (Use only on last page) > | $26,558.00 | $1,358.00 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re  **Susan L Krevitz**

Case No. _____

(If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **Susan L Krevitz**

Case No. _____

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxx8024<br>**Department of Education**<br>3015 Parker Road<br>Aurora CO 80014 | | - | DATE INCURRED: **8/1/10**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $7,000.00 | $7,000.00 | $0.00 |
| ACCT #: xxxxxxxxxxx2411<br>**Department of Education**<br>3015 Parker Road<br>Aurora CO 80014 | | - | DATE INCURRED: **3/1/11**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $7,000.00 | $7,000.00 | $0.00 |
| ACCT #: xxxxxxxxxxx2324<br>**Department of Education**<br>3015 Parker Road<br>Aurora CO 80014 | | - | DATE INCURRED: **11/1/10**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $5,500.00 | $5,500.00 | $0.00 |
| ACCT #: xxxxxxxxxxx7924<br>**Department of Education**<br>3015 Parker Road<br>Aurora CO 80014 | | - | DATE INCURRED: **8/1/10**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $5,500.00 | $5,500.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $25,000.00 | $25,000.00 | $0.00 |
| Total > (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $25,000.00 | | |
| Totals > (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $25,000.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re   **Susan L Krevitz**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx9263<br>**ACC International**<br>**ACC Bldg**<br>**919 Estes Court**<br>**Schaumburg IL 60193.4427** | | - | DATE INCURRED: **11/2/11**<br>CONSIDERATION:<br>**Collecting for - TCF National Bank**<br>REMARKS: | | | | $0.00 |
| ACCT #:  x xxxvitz<br>**ATT Mobility**<br>**5020 Ash Grove Road**<br>**Springfield IL 62711** | | - | DATE INCURRED: **11/18/11**<br>CONSIDERATION:<br>**Phone**<br>REMARKS: | | | | $545.28 |
| ACCT #:  x xxxvitz<br>**Attorney Robert Mucci**<br>**PO Box 190**<br>**West Chicago IL 60186** | | - | DATE INCURRED: **8/29/11**<br>CONSIDERATION:<br>**Collecting for - Quinlan & Fabish**<br>REMARKS: | | | | $1,600.00 |
| ACCT #:  xxxx.xxxx.xxxx.2121<br>**Bank of America**<br>**PO Box 982235**<br>**El Paso, TX 79998** | | - | DATE INCURRED: **10/1/05**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $8,990.86 |
| ACCT #:  6279<br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | - | DATE INCURRED: **10/1/05**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $18,171.00 |
| ACCT #:  3461<br>**Bank of America**<br>**400 Christiana Road**<br>**Newark, DE 19713** | | - | DATE INCURRED: **12/1/07**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $5,125.00 |
| | | | Subtotal > | | | | $34,432.14 |
| | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | | | | |

___7___continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Susan L Krevitz**

Case No. _____

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx.xxxx.5365<br>**Bank of America, NA**<br>**POB 25118**<br>**Tampa FL 33622.5118** | | | DATE INCURRED: **9/19/11**<br>CONSIDERATION:<br>**Bank Fees**<br>REMARKS: | | | | $305.87 |
| ACCT #:  xxx2121<br>**Card Services**<br>**POB 15019**<br>**Wilmington DE 19886.5019** | | - | DATE INCURRED: **07/4/11**<br>CONSIDERATION:<br>**Collecting for - FIA Card Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx.xxxx.xxxx.4481<br>**Cardmember Service/BP**<br>**POB 15153**<br>**Wilmington DE 19886.5153** | | - | DATE INCURRED: **11/1/09**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $980.65 |
| ACCT #:  xxxxxxxx2667<br>**Chase - BP**<br>**225 Chastain Meadows Ct, NW**<br>**Kennesaw, GA 30144** | | - | DATE INCURRED: **11/1/00**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,189.00 |
| ACCT #:  xxxx.xxxx.xxxx.5950<br>**Chase/Cardmember Svc**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | | - | DATE INCURRED: **8/1/06**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $18,584.46 |
| ACCT #:  xxxx.xxxx.xxxx.2019<br>**Chase/Disney Cardmember Svc**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | | - | DATE INCURRED: **2/1/06**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $16,828.09 |

Sheet no. ___1___ of ___7___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $37,888.07

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan L Krevitz**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx.xxxx.xxxx.0229<br>**Citi**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED: **10/6/11**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $12,178.78 |
| ACCT #:  xxxx.xxxx.xxxx.1557<br>**Citi**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED: **9/1/10**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $6,718.70 |
| ACCT #:  xxxxxx.xx3176<br>**City of Joliet**<br>**150 W Washington Street**<br>**Joliet IL 60432** | | - | DATE INCURRED: **12/29/11**<br>CONSIDERATION:<br>**Fee**<br>REMARKS: | | | | $40.00 |
| ACCT #:  xxxxxxxxx/xx5365<br>**Client Services, Inc.**<br>**3451 Harry Truman Blvd**<br>**St Charles, MO 63301-4047** | | - | DATE INCURRED: **11/4/11**<br>CONSIDERATION:<br>**Collecting for - Bank of America**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxx6044<br>**Comed**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0002** | | - | DATE INCURRED: **5/15/11**<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $413.61 |
| ACCT #:  xxxxxx.xx3176<br>**Creditors Discount & Audit Company**<br>**415 E Main**<br>**Streater IL 61364** | | - | DATE INCURRED: **12/29/11**<br>CONSIDERATION:<br>**Collecting for - City of Joliet/Parking**<br>REMARKS: | | | | $40.00 |

Sheet no. ___2___ of ___7___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $19,391.09

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Susan L Krevitz**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx.xxxx.xx0876<br>**Encore Receivable Managment Inc.**<br>400 N Rogers Road<br>PO Box 3330<br>Olathe KS 66063.3330 | | - | DATE INCURRED:  7/4/11<br>CONSIDERATION:<br>**Collecting for - FIA Card Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-1557<br>**GC Services**<br>Collection Agency Division<br>6330 Gulfton<br>Houston TX 77081 | | - | DATE INCURRED:  12/28/11<br>CONSIDERATION:<br>**Collecting for - Citibank NA**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxx9245<br>**Horton Group**<br>10320 Orland Pkwy<br>Orland Park IL 60467 | | - | DATE INCURRED:  03/15/2010<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | Notice Only |
| ACCT #:  xxxx.xxxx.xxxx.5178<br>**HSBC BEST BUY**<br>Retail Services<br>PO BOX 5893<br>CAROL STREAM, IL 60197.5893 | | - | DATE INCURRED:  3/1/10<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,061.43 |
| ACCT #:  xx.xxxx390.3<br>**Illinois American Water**<br>PO Box 94551<br>Palatine IL 60094.4551 | | - | DATE INCURRED:  6/2/11<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $102.76 |
| ACCT #:  x xxxvitz<br>**Illinois Tollway**<br>Violation Admin Ctr/Cash Handling<br>2700 Ogden Avenue<br>Downers Grove IL 60515.1703 | | - | DATE INCURRED:  1/1/11<br>CONSIDERATION:<br>**Tolls**<br>REMARKS: | | | | $212.00 |

Sheet no. ___3___ of ___7___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $3,376.19

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan L Krevitz**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  x6200<br>**Lane Bryant**<br>PO Box 182121<br>Columbus, OH 43218 | | - | DATE INCURRED:  08/1/06<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $168.00 |
| ACCT #:  x7579<br>**Lord & Taylor**<br>POB 8077<br>Lorain OH 44055 | | - | DATE INCURRED:  5/1/04<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,003.00 |
| ACCT #:  xxx8969<br>**Loyola University Medical Center**<br>PO Box 6559<br>Carol Stream IL 60197.6559 | | - | DATE INCURRED:  10/11/11<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $25.00 |
| ACCT #:  xxx6156<br>**Loyola University Medical Center**<br>PO Box 6559<br>Carol Stream IL 60197.6559 | | - | DATE INCURRED:  11/8/11<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $25.00 |
| ACCT #:  xxxx.xxxxxx.x8124<br>**Macy's/AMEX**<br>Bankrupcty Procesing<br>POB 8053<br>Mason OH 450140 | | - | DATE INCURRED:  7/1/06<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $547.87 |
| ACCT #:  xxxxxxxxxx/xxx2121<br>**NCB Management Services Inc.**<br>PO Box 1099<br>Langhorne, PA 19047 | | - | DATE INCURRED:  9/6/11<br>CONSIDERATION:<br>**Collecting for - Bank of America**<br>REMARKS: | | | | $0.00 |

Sheet no. ____4____ of ____7____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $1,768.87

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan L Krevitz**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx0422<br>**NCO Financial Systems, Inc**<br>**600 Holiday Plaza**<br>**Matteson IL 60443.2241** | | - | DATE INCURRED: 1/1/11<br>CONSIDERATION:<br>**Collecting for - IL State Toll Hwy Auth**<br>REMARKS: | | | | $212.00 |
| ACCT #:  xx2824<br>**Quinlan & Fabish**<br>**6827 High Grove Blvd**<br>**Burr Ridge IL 60527** | | - | DATE INCURRED: 8/29/11<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | $500.00 |
| ACCT #:  xx2143<br>**Quinlan & Fabish**<br>**6827 High Grove Blvd**<br>**Burr Ridge IL 60527** | | - | DATE INCURRED: 8/29/11<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | $1,100.00 |
| ACCT #:  xxxx7394<br>**RNB-Fields3**<br>**POB 9475**<br>**Minneapolis MN 55440** | | - | DATE INCURRED: 06/1/91<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxx8384<br>**Southwest Credit Systems, L.P.**<br>**4120 International Pkwy**<br>**Suite 1100**<br>**Carrollton TX 75007.1958** | | - | DATE INCURRED: 11/18/11<br>CONSIDERATION:<br>**Collecting for - ATT Mobility Primary**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xx.x.xx8472<br>**Sundance Vacations NA Inc.** | | - | DATE INCURRED: 6/1/2011<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $782.34 |

Sheet no. ___5___ of ___7___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $2,594.34

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan L Krevitz**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx3158<br>**TCF National Bank**<br>**800 Burr Ridge Parkway**<br>**Burr Ridge IL 60527** | | - | DATE INCURRED: **9/96/11**<br>CONSIDERATION:<br>**Bank fees**<br>REMARKS: | | | | $230.00 |
| ACCT #:  xxxxx9245<br>**Travelers Personal Insurance**<br>**PO BOX 660307**<br>**Dallas TX 75266** | | - | DATE INCURRED: **3/15/2010**<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | $1,060.67 |
| ACCT #:  xx.x.xx8472<br>**Tri-State Financial**<br>**POB 2520**<br>**Wilkes-Barre PA 18703.0018** | | - | DATE INCURRED: **6/1/11**<br>CONSIDERATION:<br>**Collecting for - Sundance Vacations**<br>REMARKS: | | | | $782.34 |
| ACCT #:  xx476R<br>**Tri-State Financial Services Inc.**<br>**15898 S La Grange Road**<br>**Orland Park IL 60462** | | - | DATE INCURRED: **12/21/11**<br>CONSIDERATION:<br>**Tiitle Loan**<br>REMARKS: | | | | $273.00 |
| ACCT #:  xxxx-xxxxxx-x8124<br>**United Collection Bureau, Inc.**<br>**POB 1448**<br>**Maumee OH 43537** | | - | DATE INCURRED: **12/30/11**<br>CONSIDERATION:<br>**Collecting for - Macy's**<br>REMARKS: | | | | $0.00 |
| ACCT #:  x.xxxx.6297<br>**Victoria Secret/WFNNB**<br>**Banktruptcy Dept**<br>**POB 182125**<br>**Columbus OH 43218.2125** | | - | DATE INCURRED: **12/1/10**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $449.38 |

Sheet no. ___6___ of ___7___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $2,795.39

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan L Krevitz**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx.xx6.297<br>**World Fin Ntwk National Bk Recov**<br>**PO Box 182125**<br>**Columbus OH 43218.2125** | | - | DATE INCURRED:  **12/7/11**<br>CONSIDERATION:<br>**Collecting for - Victoria's Secret**<br>REMARKS: | | | | $0.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___7___ of ___7___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $0.00

Total > | $102,246.09

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Susan L Krevitz**

Case No. _____
                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **Susan L Krevitz**

Case No. _____
                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  **Susan L Krevitz**

Case No. _____
(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | | |
|---|---|---|---|---|---|
| **Divorced** | Relationship(s):  Child<br>Child<br>Child | Age(s): 14<br>12<br>9 | Relationship(s): | Age(s): | |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | DSW Inc. | |
| Name of Employer | 810 Dsw Drive | |
| How Long Employed | 7 months | |
| Address of Employer | Columbus OH 43219.1828 | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $4,333.33 | |
| 2. | Estimate monthly overtime | $0.00 | |
| 3. | SUBTOTAL | $4,333.33 | |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $304.03 | |
| | b. Social Security Tax | $168.50 | |
| | c. Medicare | $58.18 | |
| | d. Insurance | $321.97 | |
| | e. Union dues | $0.00 | |
| | f. Retirement | $0.00 | |
| | g. Other (Specify) _____ | $0.00 | |
| | h. Other (Specify) _____ | $0.00 | |
| | i. Other (Specify) _____ | $0.00 | |
| | j. Other (Specify) _____ | $0.00 | |
| | k. Other (Specify) _____ | $0.00 | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $852.68 | |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $3,480.65 | |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $1,146.33 | |
| 8. | Income from real property | $0.00 | |
| 9. | Interest and dividends | $0.00 | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. | Social security or government assistance (Specify): _____ | | |
| 12. | Pension or retirement income | $0.00 | |
| 13. | Other monthly income (Specify): | $0.00 | |
| | a._____ | $0.00 | |
| | b._____ | $0.00 | |
| | c._____ | $0.00 | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $1,146.33 | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $4,626.98 | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $4,626.98 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:   **Susan L Krevitz**

Case No. _____
                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $800.00 |
|    a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|    b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $200.00 |
|           b. Water and sewer | $100.00 |
|           c. Telephone | |
|           d. Other:  Cell | $124.08 |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | |
| 5. Clothing | $1,000.00 |
| 6. Laundry and dry cleaning | |
| 7. Medical and dental expenses | |
| 8. Transportation (not including car payments) | $640.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | |
|          b. Life | |
|          c. Health | |
|          d. Auto | |
|          e. Other: | $202.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto:    Vehicle | $571.00 |
|          b. Other: | |
|          c. Other: | |
|          d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $1,304.55 |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$4,941.63** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I                      $4,626.98
b. Average monthly expenses from Line 18 above                     $4,941.63
c. Monthly net income (a. minus b.)                                  ($314.65)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Susan L Krevitz**

CASE NO

CHAPTER   **7**

## EXHIBIT TO SCHEDULE J

## Itemized Business Expenses

Business

| Expense | Category | Amount |
|---------|----------|--------|
| Business expenses | Gasoline, insurance, phn | $1,304.55 |
| | Total > | $1,304.55 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Susan L Krevitz**

Case No. _____
                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **24**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **1/21/2012** _____        Signature _____
                                                                              **Susan L Krevitz**

Date _____        Signature _____

[If joint case, both spouses must sign.]

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and the notices and information required
under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h)
setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum
amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Andria Guerra, Petition Preparer** _____        **336.56.3022**
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No.
                                                                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the
officer, principal, responsible person, or partner who signs this document.*

**6135 N Northwest
Chicago IL 60631**

_____        **1/21/2012** _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the
bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for
each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may
result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **Susan L Krevitz**                                    Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None
☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2011 - $14,466.10 | Elite Maintenance & Plumbing–Jan 2011 |
| 2012 - ytd $0.00 | total income $14,466.10- expenses $31,399.41, loss -$16,933.31 |

---

None
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None
☑

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Susan L Krevitz**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**5. Repossessions, foreclosures and returns**

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, and a joint petition is not filed.)

---

**7. Gifts**

None ☑   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Andria Guerra, 15028 S Cicero, Oak Forest IL 60452 | 1/4/2011 | $50 typing fee |
| 123 Credit Counselors 701 Northwest 62nd Avenue Miami, FL 33116-4670 | 1/6/12 | $0 (waived) pre-filing credit counseling |

---

**10. Other transfers**

None ☑   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Susan L Krevitz**

Case No. _____

                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Bank of America, PO Box 25118 Tampa FL 33622 | Checking xx8168, $0 | 11/15/2011 forced closed, 12/16/11 $0 |

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 9027 Somerset Court, Orland Park IL 60462 | Susan Krevitz | 1990 - May 2011 |

---

**16. Spouses and Former Spouses**

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Aron J Krevitz, divorced 2/9/10, deceased 9/5/11

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Susan L Krevitz**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

## 18. Nature, location and name of business

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Elite Maintenance & Plumbing**<br>**14047 Smith Road**<br>**Lockport IL 60441**<br>**xxx-xx-7803**<br>**Lic. #03433285** | **Maint & Plumbing** | **January 2011 - current** |

---

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:  **Susan L Krevitz**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☑  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☑  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Susan L Krevitz**

Case No. _____
                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
### Continuation Sheet No. 5

---

**None**
☑

**23. Withdrawals from a partnership or distributions by a corporation**
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**None**
☑

**24. Tax Consolidation Group**
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**None**
☑

**25. Pension Funds**
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  1/21/2012 _____

Date _____

Signature
of Debtor  *Susan L Krevitz*

Signature _____
of Joint Debtor
(if any)

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:  **Susan L Krevitz**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Andria Guerra, Petition Preparer**
_____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

**336.56.3022**
_____

Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

**6135 N Northwest**
**Chicago IL 60631**

_____

Signature of Bankruptcy Petition Preparer

**1/21/2012**
_____

Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:  **Susan L Krevitz**

CASE NO

CHAPTER  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No.   1

**Creditor's Name:**
Lincoln NAFS
POB 542000
Omaha NE 68154
xxxx0293

**Describe Property Securing Debt:**
2008 Lincoln Navigator, 62,000 miles, has a loan,

Property will be (check one):
- [ ] Surrendered    [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt    [ ] Not claimed as exempt

---

Property No.   2

**Creditor's Name:**
Tri-State Financial Services Inc.
15898 S La Grange Road
Orland Park IL 60462
xx476R

**Describe Property Securing Debt:**
Tiitle Loan

Property will be (check one):
- [ ] Surrendered    [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt    [ ] Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:   **Susan L Krevitz**

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| Lessor's Name:<br>None | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐          NO ☐ |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  1/21/2012

Signature _____
*Susan L Krevitz*

Date _____

Signature _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

| Attorney or Party Name, Address and Telephone Number | FOR COURT USE ONLY |
|---|---|
| **Susan L Krevitz**<br>**8857 Hickory Drive**<br>**Orland Hills IL 60487.7002**<br>**Debtor(s) in pro per**<br>**(708) 439-4471** | |

| In re:<br>**Susan L Krevitz** | CASE NO.: |
|---|---|
| | CHAPTER: **7** |
| | Debtor Address:<br>**8857 Hickory Drive**<br>**Orland Hills IL 60487.7002** |

| Social Security Number: **xxx-xx-7803** | Employer's Tax I.D. Number: |
|---|---|

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For document preparation services, I have agreed to accept | **$50.00** |
   | Prior to the filing of this statement I have received | **$50.00** |
   | Balance Due | **$0.00** |

2. I have prepared or caused to be prepared the following documents (itemize):
   **Bankruptcy documents**

   and provided the following services (itemize):
   **Typing $50.00**

3. The source of the compensation paid to me was:
   ☑ Debtor     ☐ Other (specify)

4. The source of compensation to be paid to me is:
   ☑ Debtor     ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge, no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   | <u>Name</u> | <u>SSN</u> |
   |---|---|
   | **Andria Guerra** | **336.56.3022** |

| In re: **Susan L Krevitz** | CASE NUMBER: |
| | CHAPTER:  **7** |

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _Andria Guerra_
Signature

_336.56.3022_
Social Security Number

_1/21/2012_
Date

Name (Print):  **Andria Guerra**

Address:    **6135 N Northwest**
            **Chicago IL 60631**

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Susan L Krevitz**

CASE NO

CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/21/2012 _____          Signature _____
                                                                 *Susan L Krevitz*

Date  _____          Signature _____

ACC International
ACC Bldg
919 Estes Court
Schaumburg IL 60193.4427


ATT Mobility
5020 Ash Grove Road
Springfield IL 62711


Attorney Robert Mucci
PO Box 190
West Chicago IL 60186


Bank of America
PO Box 982235
El Paso, TX 79998


Bank of America
PO Box 15026
Wilmington, DE 19850-5026


Bank of America
400 Christiana Road
Newark, DE 19713


Bank of America, NA
POB 25118
Tampa FL 33622.5118


Card Services
POB 15019
Wilmington DE 19886.5019


Cardmember Service/BP
POB 15153
Wilmington DE 19886.5153

Chase - BP
225 Chastain Meadows Ct, NW
Kennesaw, GA 30144


Chase/Cardmember Svc
PO Box 15153
Wilmington, DE 19886-5153


Chase/Disney Cardmember Svc
PO Box 15153
Wilmington, DE 19886-5153


Citi
PO Box 6500
Sioux Falls, SD 57117


City of Joliet
150 W Washington Street
Joliet IL 60432


Client Services, Inc.
3451 Harry Truman Blvd
St Charles, MO 63301-4047


Comed
Bill Payment Center
Chicago, IL 60668-0002


Creditors Discount & Audit Company
415 E Main
Streater IL 61364


Department of Education
3015 Parker Road
Aurora CO 80014

Encore Receivable Managment Inc.
400 N Rogers Road
PO Box 3330
Olathe KS 66063.3330

GC Services
Collection Agency Division
6330 Gulfton
Houston TX 77081

Horton Group
10320 Orland Pkwy
Orland Park IL 60467

HSBC BEST BUY
Retail Services
PO BOX 5893
CAROL STREAM, IL 60197.5893

Illinois American Water
PO Box 94551
Palatine IL 60094.4551

Illinois Tollway
Violation Admin Ctr/Cash Handling
2700 Ogden Avenue
Downers Grove IL 60515.1703

Lane Bryant
PO Box 182121
Columbus, OH 43218

Lincoln NAFS
POB 542000
Omaha NE 68154

Lord & Taylor
POB 8077
Lorain OH 44055

Loyola University Medical Center
PO Box 6559
Carol Stream IL 60197.6559


Macy's/AMEX
Bankrupcty Procesing
POB 8053
Mason OH 450140


NCB Management Services Inc.
PO Box 1099
Langhorne, PA 19047


NCO Financial Systems, Inc
600 Holiday Plaza
Matteson IL 60443.2241


Quinlan & Fabish
6827 High Grove Blvd
Burr Ridge IL 60527


RNB-Fields3
POB 9475
Minneapolis MN 55440


Southwest Credit Systems, L.P.
4120 International Pkwy
Suite 1100
Carrollton TX 75007.1958


Sundance Vacations NA Inc.
264 Highland Park Blvd
Wilkes Barre PA 18702


TCF National Bank
800 Burr Ridge Parkway
Burr Ridge IL 60527

Travelers Personal Insurance
PO BOX 660307
Dallas TX 75266


Tri-State Financial
POB 2520
Wilkes-Barre PA 18703.0018


Tri-State Financial Services Inc.
15898 S La Grange Road
Orland Park IL 60462


United Collection Bureau, Inc.
POB 1448
Maumee OH 43537


Victoria Secret/WFNNB
Banktruptcy Dept
POB 182125
Columbus OH 43218.2125


World Fin Ntwk National Bk Recov
PO Box 182125
Columbus OH 43218.2125

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  Susan L Krevitz

CASE NO

CHAPTER      7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|------------------------|
| N/A | Real Property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1. | Cash on hand. | $1.00 | $0.00 | $1.00 | $1.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $685.00 | $0.00 | $685.00 | $685.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $700.00 | $0.00 | $700.00 | $700.00 | $0.00 |
| 7. | Furs and jewelry. | $150.00 | $0.00 | $150.00 | $150.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Stock and interests in incorporated | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | Alimony, maintenance, support, and property settlement to which the.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor.. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit ... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature .... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:  Susan L Krevitz

CASE NO

CHAPTER    7

# SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 1*

## Exemption Totals by Category:
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|---------------------|-------------------------|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles ... | $25,200.00 | $26,558.00 | $0.00 | $25,200.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $600.00 | $0.00 | $600.00 | $600.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $2,173.00 | $0.00 | $2,173.00 | $750.00 | $1,423.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | $29,509.00 | $26,558.00 | $4,309.00 | $28,086.00 | $1,423.00 |

## Surrendered Property:
The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|--------------|------|--------|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

## Non-Exempt Property by Item:
The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|--------------|------|--------|-------------------|
| **Real Property** | | | | |
| (None) | | | | |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:  Susan L Krevitz

CASE NO

CHAPTER   7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**

| | | | | |
|---|---|---|---|---|
| Work vehicle (Chevy Express 2001) value $2173 has title loan | $2,173.00 | | $2,173.00 | $1,423.00 |
| **TOTALS:** | **$2,173.00** | **$0.00** | **$2,173.00** | **$1,423.00** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $29,509.00 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $29,509.00 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $26,558.00 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $26,558.00 |
| G. Total Equity (not including surrendered property)  / (A-D) | $4,309.00 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.  Total Equity  (C-F) | $4,309.00 |
| J. Total Exemptions Claimed | $28,086.00 |
| K. Total Non-Exempt Property Remaining  (G-J) | $1,423.00 |

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:                                    Case No.:
Susan L Krevitz _____    SSN: __xxx-xx-7803__

_____    SSN: _____
Debtor(s)                                 ## Numbered Listing of Creditors
Address:
8857 Hickory Drive                        Chapter:    7
Orland Hills IL 60487.7002

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.   ACC International<br>ACC Bldg<br>919 Estes Court<br>Schaumburg IL 60193.4427<br>xx9263 | Unsecured Claim | |
| 2.   ATT Mobility<br>5020 Ash Grove Road<br>Springfield IL 62711<br>x xxxvitz | Unsecured Claim | $545.28 |
| 3.   Attorney Robert Mucci<br>PO Box 190<br>West Chicago IL 60186<br>x xxxvitz | Unsecured Claim | $1,600.00 |
| 4.   Bank of America<br>PO Box 982235<br>El Paso, TX 79998<br>xxxx.xxxx.xxxx.2121 | Unsecured Claim | $8,990.86 |
| 5.   Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026<br>6279 | Unsecured Claim | $18,171.00 |
| 6.   Bank of America<br>400 Christiana Road<br>Newark, DE 19713<br>3461 | Unsecured Claim | $5,125.00 |

in re:   **Susan L Krevitz**

| Debtor | | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 7.   Bank of America, NA<br>POB 25118<br>Tampa FL 33622.5118<br>xxxx.xxxx.5365 | Unsecured Claim | $305.87 |
| 8.   Card Services<br>POB 15019<br>Wilmington DE 19886.5019<br>xxx2121 | Unsecured Claim | |
| 9.   Cardmember Service/BP<br>POB 15153<br>Wilmington DE 19886.5153<br>xxxx.xxxx.xxxx.4481 | Unsecured Claim | $980.65 |
| 10.   Chase - BP<br>225 Chastain Meadows Ct, NW<br>Kennesaw, GA 30144<br>xxxxxxxx2667 | Unsecured Claim | $1,189.00 |
| 11.   Chase/Cardmember Svc<br>PO Box 15153<br>Wilmington, DE 19886-5153<br>xxxx.xxxx.xxxx.5950 | Unsecured Claim | $18,584.46 |
| 12.   Chase/Disney Cardmember Svc<br>PO Box 15153<br>Wilmington, DE 19886-5153<br>xxxx.xxxx.xxxx.2019 | Unsecured Claim | $16,828.09 |
| 13.   Citi<br>PO Box 6500<br>Sioux Falls, SD 57117<br>xxxx.xxxx.xxxx.0229 | Unsecured Claim | $12,178.78 |
| 14.   Citi<br>PO Box 6500<br>Sioux Falls, SD 57117<br>xxxx.xxxx.xxxx.1557 | Unsecured Claim | $6,718.70 |
| 15.   City of Joliet<br>150 W Washington Street<br>Joliet IL 60432<br>xxxxxx.xx3176 | Unsecured Claim | $40.00 |

in re:  **Susan L Krevitz**

| | Debtor | Case No. (if known) |
|---|---|---|
| | Creditor name and mailing address | Category of claim | Amount of claim |

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 16. | Client Services, Inc.<br>3451 Harry Truman Blvd<br>St Charles, MO 63301-4047<br>xxxxxxxxx/xx5365 | Unsecured Claim | |
| 17. | Comed<br>Bill Payment Center<br>Chicago, IL 60668-0002<br>xxxxxx6044 | Unsecured Claim | $413.61 |
| 18. | Creditors Discount & Audit Company<br>415 E Main<br>Streater IL 61364<br>xxxxxx.xx3176 | Unsecured Claim | $40.00 |
| 19. | Department of Education<br>3015 Parker Road<br>Aurora CO 80014<br>xxxxxxxxxxx8024 | Priority Claim | $7,000.00 |
| 20. | Department of Education<br>3015 Parker Road<br>Aurora CO 80014<br>xxxxxxxxxxx2411 | Priority Claim | $7,000.00 |
| 21. | Department of Education<br>3015 Parker Road<br>Aurora CO 80014<br>xxxxxxxxxxx2324 | Priority Claim | $5,500.00 |
| 22. | Department of Education<br>3015 Parker Road<br>Aurora CO 80014<br>xxxxxxxxxxx7924 | Priority Claim | $5,500.00 |
| 23. | Encore Receivable Managment Inc.<br>400 N Rogers Road<br>PO Box 3330<br>Olathe KS 66063.3330<br>xxxx.xxxx.xx0876 | Unsecured Claim | |
| 24. | GC Services<br>Collection Agency Division<br>6330 Gulfton<br>Houston TX 77081<br>xxxx-xxxx-xxxx-1557 | Unsecured Claim | |

in re:  **Susan L Krevitz**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25.  Horton Group<br>10320 Orland Pkwy<br>Orland Park IL 60467<br>xxxxx9245 | Unsecured Claim | $0.00 |
| 26.  HSBC BEST BUY<br>Retail Services<br>PO BOX 5893<br>CAROL STREAM, IL 60197.5893<br>xxxx.xxxx.xxxx.5178 | Unsecured Claim | $3,061.43 |
| 27.  Illinois American Water<br>PO Box 94551<br>Palatine IL 60094.4551<br>xx.xxxx390.3 | Unsecured Claim | $102.76 |
| 28.  Illinois Tollway<br>Violation Admin Ctr/Cash Handling<br>2700 Ogden Avenue<br>Downers Grove IL 60515.1703<br>x xxxvitz | Unsecured Claim | $212.00 |
| 29.  Lane Bryant<br>PO Box 182121<br>Columbus, OH 43218<br>x6200 | Unsecured Claim | $168.00 |
| 30.  Lincoln NAFS<br>POB 542000<br>Omaha NE 68154<br>xxxx0293 | Secured Claim | $26,558.00 |
| 31.  Lord & Taylor<br>POB 8077<br>Lorain OH 44055<br>x7579 | Unsecured Claim | $1,003.00 |
| 32.  Loyola University Medical Center<br>PO Box 6559<br>Carol Stream IL 60197.6559<br>xxx8969 | Unsecured Claim | $25.00 |
| 33.  Loyola University Medical Center<br>PO Box 6559<br>Carol Stream IL 60197.6559<br>xxx6156 | Unsecured Claim | $25.00 |

in re:    **Susan L Krevitz**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34.  Macy's/AMEX<br>Bankrupcty Procesing<br>POB 8053<br>Mason OH 450140<br>xxxx.xxxxxx.x8124 | Unsecured Claim | $547.87 |
| 35.  NCB Management Services Inc.<br>PO Box 1099<br>Langhorne, PA 19047<br>xxxxxxxxxx/xxx2121 | Unsecured Claim | |
| 36.  NCO Financial Systems, Inc<br>600 Holiday Plaza<br>Matteson IL 60443.2241<br>xxxx0422 | Unsecured Claim | $212.00 |
| 37.  Quinlan & Fabish<br>6827 High Grove Blvd<br>Burr Ridge IL 60527<br>xx2824 | Unsecured Claim | $500.00 |
| 38.  Quinlan & Fabish<br>6827 High Grove Blvd<br>Burr Ridge IL 60527<br>xx2143 | Unsecured Claim | $1,100.00 |
| 39.  RNB-Fields3<br>POB 9475<br>Minneapolis MN 55440<br>xxxx7394 | Unsecured Claim | |
| 40.  Southwest Credit Systems, L.P.<br>4120 International Pkwy<br>Suite 1100<br>Carrollton TX 75007.1958<br>xxxxxxxx8384 | Unsecured Claim | |
| 41.  Sundance Vacations NA Inc.<br>264 Highland Park Blvd<br>Wilkes Barre PA 18702<br>xx.x.xx8472 | Unsecured Claim | $782.34 |
| 42.  TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge IL 60527<br>xxx3158 | Unsecured Claim | $230.00 |

in re:  **Susan L Krevitz**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43.  Travelers Personal Insurance<br>PO BOX 660307<br>Dallas TX 75266<br>xxxxx9245 | Unsecured Claim | $1,060.67 |
| 44.  Tri-State Financial<br>POB 2520<br>Wilkes-Barre PA 18703.0018<br>xx.x.xx8472 | Unsecured Claim | $782.34 |
| 45.  Tri-State Financial Services Inc.<br>15898 S La Grange Road<br>Orland Park IL 60462<br>xx476R | Unsecured Claim | $273.00 |
| 46.  United Collection Bureau, Inc.<br>POB 1448<br>Maumee OH 43537<br>xxxx-xxxxxx-x8124 | Unsecured Claim | |
| 47.  Victoria Secret/WFNNB<br>Banktruptcy Dept<br>POB 182125<br>Columbus OH 43218.2125<br>x.xxxx.6297 | Unsecured Claim | $449.38 |
| 48.  World Fin Ntwk National Bk Recov<br>PO Box 182125<br>Columbus OH 43218.2125<br>xxx.xx6.297 | Unsecured Claim | |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  Susan L Krevitz

named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*
consisting of   6   sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.

Debtor: _____   Date: 1/21/2012
        **Susan L Krevitz**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:  **Susan L Krevitz**

CASE NO.

CHAPTER   **7**

## Certificate of Service

02645-ILN-CC-016078526

ACC International
xx9263
ACC Bldg
919 Estes Court
Schaumburg IL 60193.4427

Card Services
xxx2121
POB 15019
Wilmington DE 19886.5019

City of Joliet
xxxxxx.xx3176
150 W Washington Street
Joliet IL 60432

ATT Mobility
x xxxvitz
5020 Ash Grove Road
Springfield IL 62711

Cardmember Service/BP
xxxx.xxxx.xxxx.4481
POB 15153
Wilmington DE 19886.5153

Client Services, Inc.
xxxxxxxxx/xx5365
3451 Harry Truman Blvd
St Charles, MO 63301-4047

Attorney Robert Mucci
x xxxvitz
PO Box 190
West Chicago IL 60186

Chase - BP
xxxxxxx2667
225 Chastain Meadows Ct, NW
Kennesaw, GA 30144

Comed
xxxxxx6044
Bill Payment Center
Chicago, IL 60668-0002

Bank of America
xxxx.xxxx.xxxx.2121
PO Box 982235
El Paso, TX 79998

Chase/Cardmember Svc
xxxx.xxxx.xxxx.5950
PO Box 15153
Wilmington, DE 19886-5153

Creditors Discount & Audit Company
xxxxxx.xx3176
415 E Main
Streater IL 61364

Bank of America
6279
PO Box 15026
Wilmington, DE 19850-5026

Chase/Disney Cardmember Svc
xxxx.xxxx.xxxx.2019
PO Box 15153
Wilmington, DE 19886-5153

Department of Education
xxxxxxxxxxx8024
3015 Parker Road
Aurora CO 80014

Bank of America
3461
400 Christiana Road
Newark, DE 19713

Citi
xxxx.xxxx.xxxx.0229
PO Box 6500
Sioux Falls, SD 57117

Department of Education
xxxxxxxxxxx2411
3015 Parker Road
Aurora CO 80014

Bank of America, NA
xxxx.xxxx.5365
POB 25118
Tampa FL 33622.5118

Citi
xxxx.xxxx.xxxx.1557
PO Box 6500
Sioux Falls, SD 57117

Department of Education
xxxxxxxxxxx2324
3015 Parker Road
Aurora CO 80014

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Susan L Krevitz**

CASE NO.

CHAPTER    **7**

### Certificate of Service

(Continuation Sheet #1)

Department of Education
xxxxxxxxxxx7924
3015 Parker Road
Aurora CO 80014

Lane Bryant
x6200
PO Box 182121
Columbus, OH 43218

NCO Financial Systems, Inc
xxxx0422
600 Holiday Plaza
Matteson IL 60443.2241

Encore Receivable Managment Inc.
xxxx.xxxx.xx0876
400 N Rogers Road
PO Box 3330
Olathe KS 66063.3330

Lincoln NAFS
xxxx0293
POB 542000
Omaha NE 68154

Quinlan & Fabish
xx2824
6827 High Grove Blvd
Burr Ridge IL 60527

GC Services
xxxx-xxxx-xxxx-1557
Collection Agency Division
6330 Gulfton
Houston TX 77081

Lord & Taylor
x7579
POB 8077
Lorain OH 44055

Quinlan & Fabish
xx2143
6827 High Grove Blvd
Burr Ridge IL 60527

Horton Group
xxxx9245
10320 Orland Pkwy
Orland Park IL 60467

Loyola University Medical Center
xxx8969
PO Box 6559
Carol Stream IL 60197.6559

RNB-Fields3
xxxx7394
POB 9475
Minneapolis MN 55440

HSBC BEST BUY
xxxx.xxxx.xxxx.5178
Retail Services
PO BOX 5893
CAROL STREAM, IL 60197.5893

Loyola University Medical Center
xxx6156
PO Box 6559
Carol Stream IL 60197.6559

Southwest Credit Systems, L.P.
xxxxxxxx8384
4120 International Pkwy
Suite 1100
Carrollton TX 75007.1958

Illinois American Water
xx.xxxx390.3
PO Box 94551
Palatine IL 60094.4551

Macy's/AMEX
xxxx.xxxxxx.x8124
Bankrupcty Procesing
POB 8053
Mason OH 450140

Sundance Vacations NA Inc.
xx.x.xx8472
264 Highland Park Blvd
Wilkes Barre PA 18702

Illinois Tollway
x xxxvitz
Violation Admin Ctr/Cash Handling
2700 Ogden Avenue
Downers Grove IL 60515.1703

NCB Management Services Inc.
xxxxxxxxxx/xxx2121
PO Box 1099
Langhorne, PA 19047

Susan L Krevitz
8857 Hickory Drive
Orland Hills IL 60487.7002

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:  **Susan L Krevitz**

CASE NO.

CHAPTER    **7**

**Certificate of Service**

(Continuation Sheet #2)

TCF National Bank
xxx3158
800 Burr Ridge Parkway
Burr Ridge IL 60527


Travelers Personal Insurance
xxxxx9245
PO BOX 660307
Dallas TX 75266


Tri-State Financial
xx.x.xx8472
POB 2520
Wilkes-Barre PA 18703.0018


Tri-State Financial Services Inc.
xx476R
15898 S La Grange Road
Orland Park IL 60462


United Collection Bureau, Inc.
xxxx-xxxxxx-x8124
POB 1448
Maumee OH 43537


Victoria Secret/WFNNB
x.xxxx.6297
Banktruptcy Dept
POB 182125
Columbus OH 43218.2125


World Fin Ntwk National Bk Recov
xxx.xx6.297
PO Box 182125
Columbus OH 43218.2125

Debtor(s): Susan E Kravitz    Case 12-04400    Doc 1    Filed 02/08/12    Entered 02/08/12 10:20:38    Desc Main
Case No.
Document        Page 60 of 61
Chapter

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

ACC International
ACC Bldg
919 Estes Court
Schaumburg IL 60193.4427

Chase/Cardmember Svc
PO Box 15153
Wilmington, DE 19886-5153

Horton Group
10320 Orland Pkwy
Orland Park IL 60467

ATT Mobility
5020 Ash Grove Road
Springfield IL 62711

Chase/Disney Cardmember Svc
PO Box 15153
Wilmington, DE 19886-5153

HSBC BEST BUY
Retail Services
PO BOX 5893
CAROL STREAM, IL 60197.5893

Attorney Robert Mucci
PO Box 190
West Chicago IL 60186

Citi
PO Box 6500
Sioux Falls, SD 57117

Illinois American Water
PO Box 94551
Palatine IL 60094.4551

Bank of America
PO Box 982235
El Paso, TX 79998

City of Joliet
150 W Washington Street
Joliet IL 60432

Illinois Tollway
Violation Admin Ctr/Cash Hand
2700 Ogden Avenue
Downers Grove IL 60515.1703

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Client Services, Inc.
3451 Harry Truman Blvd
St Charles, MO 63301-4047

Lane Bryant
PO Box 182121
Columbus, OH 43218

Bank of America
400 Christiana Road
Newark, DE 19713

Comed
Bill Payment Center
Chicago, IL 60668-0002

Lincoln NAFS
POB 542000
Omaha NE 68154

Bank of America, NA
POB 25118
Tampa FL 33622.5118

Creditors Discount & Audit Comp
415 E Main
Streater IL 61364

Lord & Taylor
POB 8077
Lorain OH 44055

Card Services
POB 15019
Wilmington DE 19886.5019

Department of Education
3015 Parker Road
Aurora CO 80014

Loyola University Medical Cen
PO Box 6559
Carol Stream IL 60197.6559

Cardmember Service/BP
POB 15153
Wilmington DE 19886.5153

Encore Receivable Managment Inc
400 N Rogers Road
PO Box 3330
Olathe KS 66063.3330

Macy's/AMEX
Bankrupcty Procesing
POB 8053
Mason OH 450140

Chase - BP
225 Chastain Meadows Ct, NW
Kennesaw, GA 30144

GC Services
Collection Agency Division
6330 Gulfton
Houston TX 77081

NCB Management Services Inc.
PO Box 1099
Langhorne, PA 19047

NCO Financial Systems, Inc
600 Holiday Plaza
Matteson IL 60443.2241

Victoria Secret/WFNNB
Banktruptcy Dept
POB 182125
Columbus OH 43218.2125

Quinlan & Fabish
6827 High Grove Blvd
Burr Ridge IL 60527

World Fin Ntwk National Bk Reco
PO Box 182125
Columbus OH 43218.2125

RNB-Fields3
POB 9475
Minneapolis MN 55440

Southwest Credit Systems, L.P.
4120 International Pkwy
Suite 1100
Carrollton TX 75007.1958

Sundance Vacations NA Inc.
264 Highland Park Blvd
Wilkes Barre PA 18702

TCF National Bank
800 Burr Ridge Parkway
Burr Ridge IL 60527

Travelers Personal Insurance
PO BOX 660307
Dallas TX 75266

Tri-State Financial
POB 2520
Wilkes-Barre PA 18703.0018

Tri-State Financial Services In
15898 S La Grange Road
Orland Park IL 60462

United Collection Bureau, Inc.
POB 1448
Maumee OH 43537